# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

|  |  |  |  |
|---|---|---|---|
| In the Matter of: | } | | |
| | } | | |
| Good Samaritan Hospice USA, Inc., | } | CASE NO. | 09-80591-JAC-11 |
| EIN: XX-XXX6405 | } | | |
| | } | CHAPTER | 11 |
| Debtor(s) | } | | |
| | } | | |
| | } | | |

## ORDER  FOR  RELIEF  UNDER  CHAPTER  7

On consideration of the motion by the Bankruptcy Administrator to convert the above case, an order for relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is GRANTED.

**DONE and ORDERED** this date: July 20, 2009.

/s/   Jack Caddell
Jack Caddell
United   States   Bankruptcy   Judge

/kp
xc:     Debtor(s)
        Stuart M Maples, Attorney for Debtor(s)
        Richard Blythe
        Listed Creditors